IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| JUNE A. JOHNSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 2:07cv264 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation, | ) ) ) |
| Defendant. | ) ) |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

HIS MATTER CAME BEFORE THE COURT upon the joint representations of June Johnson ("Plaintiff") and Life Insurance Company of North America ("Defendant") (collectively "the Parties") that the above captioned matter has been settled between them.

IT APPEARING TO THE COURT that the Plaintiff has compromised and settled his claims against the Defendant and that each party shall bear their own costs; it is therefore,

ADJUDGED, ORDERED AND DECREED that this matter is dismissed with prejudice.

AND THIS ORDER IS FINAL.

ENTERED THIS 17th day of September 2007.

_____
Raymond A. Jackson
United States District Judge
United States District Judge

71627.1

WE ASK FOR THIS:

WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP

*/s/ Walter L. Williams*
---
Walter L. Williams, VSB No. 39037
Kathryn A. Grace, VSB No. 71213
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
703) 245-9301 (facsimile)
Walter.Williams@WilsonElser.com
Kathryn.Grace@WilsonElser.com
Counsel for Defendant Prudential Insurance
Company of America

SEEN AND AGREED:

*/s/ Albert C. Selkin*
---
Albert C. Selkin, VSB#4317
WHITE AND SELKIN
Norfolk Commerce Center III
5425 Robin Hood Road, Ste. 200
Norfolk, Virginia 23513
Tel: (757) 853-9386
Fax: (804) 858-2907
Selkin.legal@verizon.net
Counsel for Plaintiff

2

716271